# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AYNALEM G. WORKNEH,

    Plaintiff,

vs.

STARBUCKS CORPORATION,

    Defendants.

2:19-cv-00565-JCM-VCF

**ORDER**

    Before the court is Plaintiff's Motion to File a First Amended Complaint (ECF NO. 34).

    No opposition has been filed and the time to file an opposition has passed.

    Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as Defendant has consented to the granting of the instant motion.

    Accordingly, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's Motion to File a First Amended Complaint (ECF NO. 34) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff must file the First Amended Complaint or before January 22, 2020.

    DATED this 15th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE